# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| FRANK DISTEFANO, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> KEITH GORSUCH, et al., § <br> § <br> Defendants. § | Case No. 6:20-cv-385-JDK-JDL |

## FINAL JUDGMENT

The Court, having considered Plaintiff's case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE** for want of prosecution and failure to obey a Court order. All pending motions are **DENIED** as **MOOT**.

The Clerk of the Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **3rd** day of **February, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE